IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:24-cr-202 |
| v. | **INFORMATION TO ESTABLISH PRIOR CONVICTION FOR ENHANCED SENTENCE UNDER 21 U.S.C. § 851** |
| STEVEN ALAN GARCIA, | |
| Defendant. | |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew P. Kopp, Assistant United States Attorney, hereby gives notice by way of Information that STEVEN ALAN GARCIA is subject to an enhanced sentence in this case under 21 U.S.C. § 841(b)(1)(B)(ii) based on his prior conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57).[1] The prior conviction is:

**Possession of Methamphetamine with Intent to Distribute**

Case No. 2:02-cr-00660-TC, United States District Court for the District of Utah, judgment entered on or about May 27, 2004. See Exhibit 1.

This conviction became final before the commission of the offenses charged in the Indictment and was punishable by a term of 10 years' imprisonment or more. Defendant served a term of more than 12 months' imprisonment and was released from any term of imprisonment within 15 years of the commencement of the instant offense.

---

[1] Pursuant to the First Step Act of 2018, Pub. Law 115-391 (S. 401), 132 Stat. 5194 (enacted Dec. 21, 2018).

Count One of the Indictment alleges STEVEN ALAN GARCIA knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

Count Two of the Indictment alleges STEVEN ALAN GARCIA knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

Pursuant to 21 U.S.C. § 841(b)(1)(B)(ii), upon conviction of one or both of the offenses alleged in the Indictment, Defendant faces a minimum of five years' imprisonment. The statute further reads:

> If any person commits such a violation after a prior conviction for a serious drug felony . . . has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life imprisonment . . . , a fine not to exceed the greater of twice that authorized in accordance with the provisions of title 18 or $8,000,000 if the defendant is an individual or $50,000,000 if the defendant is other than an individual, or both. Notwithstanding section 3583 of title 18, any sentence imposed under this subparagraph shall . . . , if there was such a prior conviction, include a term of supervised release of at least 8 years in addition to such term of imprisonment.

The United States respectfully submits that upon conviction of one or both of the offenses alleged in the Indictment, STEVEN ALAN GARCIA is subject to a minimum of

2

10 years' imprisonment, a maximum of life imprisonment, a maximum fine of $8,000,000, and a minimum of eight years' supervised release.

Dated: December 5, 2024

MAC SCHNEIDER
United States Attorney

By:     */s/ Matthew P. Kopp*
MATTHEW P. KOPP
Assistant United States Attorney
ND Bar ID 09572
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
matthew.kopp@usdoj.gov
Attorney for United States

3