IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:24-CR-202 |
| | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION** |
| | ) | **FOR CONTINUANCE** |
| STEVEN ALAN GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Steven Garcia, by and through his attorney, Ronald K. Hettich, Hettich Law Firm, PLLC, 112 University Drive N., Suite 323, Fargo, ND 58102, hereby moves this Honorable Court for an Order continuing the motion deadline and trial date herein.  As grounds for this motion, Defendant states as follows:

1.    Mr. Garcia is charged in a two-count indictment.

2.    The Criminal Pretrial Order established a trial date of January 28, 2025.

3.    Defense Counsel was recently appointed to represent Mr. Garcia toward the end of November 2024.

4.    The discovery materials in this case are extensive.

5.    Mr. Garcia has indicated a desire to review the entire discovery file.

6.    Since Mr. Garcia is currently out on pretrial release that creates a significant time investment for Defense Counsel to monitor his reviewing of the discovery materials.

7.    Defense Counsel and the prosecutor have been discussing settlement options.

1

8.    Defense Counsel has discussed the need for a continuance with Mr. Garcia, and he is in agreement as evidenced by the speedy trial waiver on file with the Court.

9.    Defense Counsel has also discussed the need for a continuance with Matthew Kopp, the prosecutor assigned to the case. Mr. Kopp has no objection to a continuance.

For the reasons stated herein, Defendant submits that the ends of justice would be served by granting a continuance in this case, because the failure to grant such a continuance would deny Defendant reasonable time necessary for effective trial preparation. Defense counsel represents to the Court that this motion is made neither for purposes of undue delay nor other improper reasons. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated this 14th day of January, 2025.

HETTICH LAW FIRM, PLLC

By:    /s/ Ronald K. Hettich
Ronald K. Hettich – ND ID #06035
Attorney for Defendant
112 University Drive N., Suite 323
Fargo, ND 58102
Tel: (701) 356-6471
Fax: (701) 356-6472
ron@hettichlaw.com

2