## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff,

v.                                      Case No.:  3:24-cr-202

Steven Alan Garcia,

      Defendant.

### ORDER FOR APPOINTMENT OF COUNSEL

Defendant has applied for court-appointed counsel in this matter.  The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly,  **Matthew Keller** is appointed as counsel to represent the defendant in this matter.

Dated this 26th day of February, 2025.

                                   */s/ Alice R. Senechal*
                                   Alice R. Senechal
                                   United States Magistrate Judge